COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-438-CV

IN RE LEONARD R. DORSETT RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator’s “Motion For New Bond” which we construe as a petition for writ of mandamus.  The court is of the opinion that relief should be denied.  Accordingly, relator’s “Motion For New Bond” is denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL A: HOLMAN, J.; CAYCE, C.J.; and LIVINGSTON, J.

DELIVERED: January 5, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.